## JOSEPH DERRY
### *vs.*
## MARTHA GARDNER DERRY

Superior Court          New Haven County          File No. 64636

### MEMORANDUM FILED JULY 27, 1944.

*Joseph N. Perelmutter,* of Seymour, for the Plaintiff.

MURPHY, J.  As section 5660 of the General Statutes, Revision of 1930, applies to actions for legal relief only, this request must be considered under the provisions of section 5664.

Under the opinion in *Trumpy vs. Trumpy,* 43 Conn. 270, a special finding does not seem to be required where the petition is dismissed.